UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher R. Beaulieu</u>

        v.                                                                     Civil No. 11-cv-514-JL

<u>Quay et al</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 4, 2012, no objection having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));  <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

May 14, 2012                                           _____
                                                                 Joseph N. Laplante
                                                                 Chief Judge

cc:     Christopher R. Beaulieu, Pro se